Arthur Aaronson, Esq. [S.B.N. 64988]
Aaronson & Aaronson
16133 Ventura Boulevard, Suite 675
Encino, California 91436
Phone: (818) 783-3858
Fax: (818) 783-3825
E-Mail: ART@ARTHURAARONSON.COM

Attorney for Plaintiffs
**KEITH MARZ and MARZ SPRAYS, LLC**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MARZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INSTAVIT LIMITED, an English corporation, et al., <br> Defendants. | **CASE NO. 2:17-CV-03911-JFW-JC** <br><br> **[HON. JOHN F. WALTER]** <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Complaint Filed: May 24, 2017 |
| INSTAVIT LIMITED, et al., <br><br> Counterclaimants, <br><br> v. <br><br> KEITH MARZ, et al., <br><br> Counterdefendants. | |

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs/Counterdefendants and Defendants/Counterclaimants have reached a settlement of the above-referenced case. A formal Settlement Agreement will be circulated between the parties for review and approval. Once all necessary signatures have been obtained, an executed Stipulation for Permanent Injunction and Dismissal, contemplated by the Settlement Agreement, will be filed to dispose of this case.

| | | |
|---|---|---|
| 1 | DATED: May 2, 2018 | AARONSON & AARONSON |
| 3 | | By /s/ Arthur Aaronson |
| 4 | | ARTHUR AARONSON, Attorneys for Plaintiffs, KEITH MARZ and MARZ SPRAYS, LLC. |
| 7 | | VENABLE LLP |
| 9 | | By /s/ Matthew J. Busch |
| 10 | | MATTHEW J. BUSCH, Attorneys for Defendants, INSTAVIT LIMITED, INSTAVIT NA, LLC and INSTAVIT US, LLC |