Arthur Aaronson, Esq. [S.B.N. 64988]
Aaronson & Aaronson
16133 Ventura Boulevard, Suite 675
Encino, California 91436
Phone: (818) 783-3858
Fax: (818) 783-3825
E-Mail: ART@ARTHURAARONSON.COM

Attorney for Plaintiffs
**KEITH MARZ and MARZ SPRAYS, LLC**

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MARZ, et al.,<br>Plaintiffs,<br>v.<br>INSTAVIT LIMITED, an English corporation, et al.,<br>Defendants. | **CASE NO. 2:17-CV-03911-JFW-JC**<br>**[HON. JOHN F. WALTER]**<br>**STIPULATION AND ORDER FOR PERMANENT INJUNCTION**<br>Complaint Filed: May 24, 2017 |
| INSTAVIT LIMITED, et al.,<br>Counterclaimants,<br>v.<br>KEITH MARZ, et al.,<br>Counterdefendants. | |

Plaintiffs KEITH MARZ and MARZ SPRAYS, LLC, a Nevada limited liability company, (collectively, "Plaintiffs"), having filed a complaint ("the Complaint") against Defendants INSTAVIT LIMITED, an English corporation, INSTAVIT NA, LLC, a Michigan limited liability



AARONSON AND AARONSON
16133 Ventura Boulevard, Suite 675
Encino, California 91436

AARONSON AND AARONSON
16133 Ventura Boulevard, Suite 675
Encino, California 91436

company, and INSTAVIT US, LLC, a Florida limited liability company (collectively "Defendants"), charging Defendants with trademark infringement, unfair competition, false designation of origin, and related claims, hereby stipulate as follows:.

1. On May 24, 2017, Plaintiffs initiated this action by filing a Complaint against Defendants in the United States District Court for the Central District of California seeking injunctive relief for trademark infringement, false designation of origin, unfair competition, and other claims. Defendants filed counterclaims against Plaintiffs, seeking, among other things, to cancel Plaintiffs' registered trademark.

2. On May 1, 2018, the Parties agreed to fully settle the subject litigation.

3. On May 2, 2018, the Parties filed a Notice of Settlement with the Court.

4. This Court has jurisdiction over the Parties and over the subject matter hereof pursuant to 28 U.S.C §§ 1331, 1338 and 1367. Venue is proper in this district.

5. Plaintiffs are the owners of all rights, title, and interest, including common law rights, in the trademark described in the Complaint as the "orange cross", Federal Trademark Registration No. 4,212,459 ("the "Mark").

6. The Mark and the Federal Trademark Registration therefor are owned by Plaintiffs and are valid and enforceable.

7. The Parties shall refrain from suggesting any association or affiliation with or sponsorship or endorsement by the other Party or their goods or services.

8. Defendants and their officers, directors, principals, shareholders, agents, servants, managers, employees, attorneys, successors, assigns, and affiliated entities, and all other persons in active concert or participation with any of them, who receive actual notice of this Order are hereby enjoined from:

(a) Using or displaying in connection with Defendants' goods or services the Mark or any mark confusingly similar thereto;

(b) Displaying the Mark or any confusingly similar mark on Defendants' website, displaying the Mark or any confusingly similar mark in the text or header of any advertisement, using the Mark or any confusingly similar mark as an internal search term on Defendants' website, embedding the Mark or confusingly similar mark in the searchable text of the image properties for any images displayed on Defendants' website;

(c) Otherwise engaging in any conduct that infringes Plaintiffs' rights in the Mark, or otherwise suggesting an association or affiliation with or sponsorship or endorsement by Plaintiffs of Defendants or its goods or services.

1. This is a final judgment and all claims asserted by and between the Parties are hereby dismissed with prejudice.

2. This Court shall retain jurisdiction to enforce the Parties' Settlement Agreement in this action and this Stipulated Consent Judgment and Permanent Injunction.

AARONSON AND AARONSON
16133 Ventura Boulevard, Suite 675
Encino, California 91436

AARONSON AND AARONSON
16133 Ventura Boulevard, Suite 675
Encino, California 91436

3. The Parties waive appeal of this Stipulated Consent Judgment and Permanent Injunction as entered or modified by the Court.

4. The Parties shall each bear their own costs and attorneys' fees previously incurred in connection with this action.

AARONSON & AARONSON

By _/s/ Arthur Aaronson______

Date: May 11, 2018

ARTHUR AARONSON, Attorneys for Plaintiffs, KEITH MARZ and MARZ SPRAYS, LLC.

VENABLE LLP

By_/s/ Matthew J. Busch ___

Date: May 11, 2018

MATTHEW J. BUSCH, Attorneys for Defendants, INSTAVIT LIMITED, INSTAVIT NA, LLC and INSTAVIT US, LLC

IT IS SO ORDERED AND DECREED, AND FINAL JUDGMENT IS HEREBY ENTERED, THIS 18th day of May, 2018.

______________________________

John F. Walter
United States District Court Judge